# United States District Court

EASTERN DISTRICT OF WISCONSIN

MYRON GLADNEY,

        Plaintiff,

        v.

J.B. VAN HOLLEN,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 09-C-155

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

       **IT IS HEREBY ORDERED AND ADJUDGED** that the complaint is DISMISSED.

       **IT IS FURTHER ORDERED** that the clerk of court document that this inmate has brought an action that was dismissed under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim upon which relief may be granted.

       **IT IS FURTHER ORDERED** that the clerk of court document that this inmate has incurred a "strike" under 28 U.S.C. § 1915(g).

       **THE COURT FURTHER CERTIFIES** that any appeal from this matter would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) unless the plaintiff offers bonafide arguments supporting his appeal.

Approved:    s/ William C. Griesbach
                  WILLIAM C. GRIESBACH
                  United States District Judge

Dated: March 11, 2009.

JON W. SANFILIPPO
Clerk of Court

s/ Mary E. Conard
(By) Deputy Clerk